IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 23-403 |
| **RAEKWON CANTEY** | : | |
| | : | |

### ORDER

This 11th day of September, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's motion to suppress, ECF 22, is **DENIED.**

                                                  /s/ Gerald Austin McHugh
                                                  United States District Judge